IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:22-MJ-1043-RJ

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| BRANDON A. MARTINEZ-BECERRA, | ) |
| | ) |
| Defendant. | ) |

This matter comes before the court on the Government's motion to dismiss. [DE-9]. The motion is ALLOWED, and this matter is dismissed.

SO ORDERED, this the 5th day of April 2022.

Robert B. Jones, Jr.
United States Magistrate Judge